Kara Sternquist - 44404061
Federal Medical Center Carswell
PO Box 27137
Ft. Worth, Texas 76127

**ORIGINAL**

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

10, October 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 15 2025 ★
BROOKLYN OFFICE

Re: United States v. Kara Sternquist 22-cr-473

Dear Judge Irizarry,

    I am writing to the court with respect to the BOP's continued defiance of orders from this court (and several magistrates) enjoining the BOP to continue the hormone-related medical care I was recieving prior to my arrest.

    As the court is aware I was moved to FMC Carswell on 10/2/24. Almost immediately they began mismanaging my hormone therapy, however after persistent self-advocacy I was eventually recieving the court-ordered dose of estrodiol (10mg injected weekly), though the mandated dose of Progesterone (200mg orally, daily) was deficient untill June of 2025. However, also in June of 2025, my hormones were yet again altered to be severely deficient when I was assigned to a new provider Dr. Timothy Bollinger, who at my first several encounters expressed complete unfamilliarity with this kind of healthcare, having to google even very basic things.

Dr. Bollinger then decided to severely deviate from my long-established and court-ordered plan of care. He cut my dose of estrodiol in half, and also changed my individualized target range back to the non-individualized initial target range of 100-200 pg/mL which is typically used for people who are in their first year of treatment. I am however in my 19th year of consistent treatment and my individualized target range is supposed to be 450-1200 pg/mL.

I have attempted ad nauseum to explain the background of my treatment, how over the years my dose was titrated up to the most effective dose to keep me pre-menopausal and my target range individualized to account for individual-specific concerns, individual tollerance etc as is well documented in my records (which he refuses to reference) and is consistent with standards of care such as WPATH, Endocrine Society, and even the BOP's own clinical guidance, which he refuses to acknowledge or even read.

He also refuses to acknowledge, or obey the court orders in my case which mandate not only a continuation of the hormone related healthcare I recieved prior to incarceration, but also specify that I recieve a minimum of 10mg of estrodiol injected weekly and 200mg of Progesterone orally daily (Order 22-MJ-01005) because exactly this same scenario played out with my care under Dr. Bailor at MDC Brooklyn, when he also de-individualized my target range and cut my dose of estrodiol resulting in the same extreme menopause symptoms I

am now again experiencing. Dr. Bailor was nearly held in contempt for defying this court's orders which Dr. Bollinger is treating as suggestive.

I have myself advocated in every way I can, for a return to my established plan of care, shown and explained the court orders not only from this court, but also the injunction ordered by Judge Lamberth in DC, re: Kingdom et al v. Trump (1:25-cv-286-RCL) ordering that the BOP shall not reduce hormone related healthcare below what was recieved immediately prior to 1/20/25, to Dr. Bollinger, Lisa Bartlett (head of nursing), Phillip Viscon (head of Health Services Admin), C.D. Phillips (associate warden over medical), and T. Rule (warden) and asked each to uphold these orders only to have each deny power to do so. Phillip Viscon told me directly that the judges behind the orders would need to press contempt in order to gain compliance. I have asked my attorney Allegra Glashausser to help but have not seen any action. I have been to sick call many times only to be turned away unseen, sent multiple requests all in good faith and at best all I get is people pointing the blame elsewhere in a cycle of "I have no power over this" etc. I have also begun the administrative remedy process (despite Mr. Viscon and others expressing that doing so is futile) though I have yet to recieve a response, even though titled "emergency grievance" as per program statement (which is supposed to be answered in 3 days) however, as I also fear retaliation at play I seek your honor's help.

I respectfully request that the court order FMC Carswell to comply with extant court orders and provide me with the minimum dose

previously ordered in 22-MJ-01005 of 10 mg of injected estradiol per week and 200 mg of oral progesterone daily forthwith.

Respectfully submitted,

Kara Sternquist



Kara Sternquist – 44404061
Federal Medical Center Carswell
PO Box 27137
Ft. Worth, TX 76127

⇔44404-061⇔
Honrable D Irizarry
225 Cadman PLZ E
US Distict Court EDNY
Brooklyn, NY 11201
United States

Legal mail - confidential



FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 10/10/25
This enclosed letter



(1) The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)